```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO.13-60694-CIV-COOKE
                                    MAGISTRATE JUDGE P.A. WHITE

ARTHUR LAMBRIGHT JR.,        :

     Petitioner,             :

v.                           :         REPORT OF
                                    MAGISTRATE JUDGE
UNITED STATES OF AMERICA,    :         (DE#19)

     Respondent.             :
_____
```

The petitioner filed a notice of voluntary dismissal with the Court file stamped on September 3, 2013. (DE#19). He does not provide a reason for the voluntary dismissal. The government has filed a response to the Order to Show Cause in this case.

It is recommended that the petitioner's motion to voluntarily withdraw his motion to vacate (DE#19) be granted, and the motion is dismissed without prejudice. However, the petitioner is cautioned that should he attempt to re-file his motion, it will be subject to any and all applicable procedural bars.

Objections to this Report may be filed with the United States District Judge within fourteen days of receive of this Recommendation.

Dated at Miami, Florida, this 17th day of September, 2013.

UNITED STATES MAGISTRATE JUDGE

cc: Arthur Lambright, <u>Pro Se</u>
    #17240-004
    FDC Miami
    Address of record

    United States Attorney of record